FILED

JUL 0 8 2025

BONNIE HACKLER
Clerk, U.S. District Court

By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

KELLY VON MORCK,

  Defendant.

Case No.  **25 CR 126 JFH**

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### UNLAWFUL USER OF CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM AND AMMUNITION
[18 U.S.C. § 922(g)(3) & 924(a)(8)]

On or about October 20, 2024, in the Eastern District of Oklahoma, the defendant, **KELLY VON MORCK**, knowing that he was an unlawful user and addicted to a controlled substance as defined by Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit:

- one (1) Beretta, Model 92FS, 9mm, semi-automatic pistol bearing serial number A101787X;

- fourteen (14) rounds of Federal 9mm ammunition;

- one (1) Tanfoglio F. LLI, Model EASA, .22 caliber revolver bearing serial number E34064;

- one (1) Remington Arms, Model Sportsman 48, 16-gauge shotgun bearing serial number 3553512;

- one (1) Smith and Wesson, Model 442, .38 caliber revolver bearing serial number DLA3150;

- one (1) Remington Arms, Model 742, 30-06 caliber rifle bearing serial number A7281123;

- ten (10) rounds of Prvi Partizan (PPU) 30-06 ammunition;

- thirty-five (35) rounds of assorted ammunition, which during a random sampling produced one round of Winchester Western 16-gauge ammunition ;

- twenty-nine (29) rounds of Federal 9mm ammunition;

- fifty-one (51) rounds of assorted ammunition, which during a random sampling produced one round of Remington Peters 16-gauge ammunition;

- five (5) rounds of assorted ammunition, which during a random sampling produced one round of Sellier and Bellot 30-06 spent casing ammunition; and

- four hundred and fifteen (415) rounds of assorted ammunition, which during a random sampling produced 50 rounds of Giulio Fiocchi Lecco 9mm ammunition;

which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT TWO

### UNLAWFUL USER OF CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM AND AMMUNITION
### [18 U.S.C. § 922(g)(3) & 924(a)(8)]

On or about June 26, 2025, in the Eastern District of Oklahoma, the defendant, **KELLY VON MORCK**, knowing that he was an unlawful user and addicted to a controlled substance as defined by Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit:

- one (1) Sig Sauer, Model P365, 9mm semi-automatic pistol bearing serial number 66G280562;

- five (5) rounds of Federal 9mm ammunition;

- fifteen (15) rounds of ammunition consisting of twelve (12) rounds of Federal 9mm ammunition and three (3) rounds of Guilio Fiocchi Lecco 9mm ammunition;

- forty (40) rounds of Sig Sauer 9mm ammunition; and

- twenty-two (22) rounds of ammunition consisting of eleven (11) rounds of Federal 9mm ammunition and eleven (11) rounds of Guilio Fiocchi Lecco 9mm ammunition);

which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT THREE

### USER OF A CONTROLLED SUBSTANCE IN POSSESSION OF EXPLOSIVE
### [18 U.S.C. §§ 842(i)(3) & 844 (a)(1)]

On or about October 20, 2024, in the Eastern District of Oklahoma, the defendant, **KELLY VON MORCK**, knowing he was an unlawful user of and addicted to a controlled substance, did knowingly possess any explosive, which had been shipped and transported in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 842(i)(3) and 844(a)(1).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Three of this Indictment involving violations of Title 18, United States Code, Sections 842(i)(3), 844(a)(1), 922(g)(3), and 924(a)(8)the defendant, **KELLY VON MORCK**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- one (1) Beretta, Model 92FS, 9mm, semi-automatic pistol bearing serial number A101787X;
- approximately fourteen (14) rounds of Federal 9mm ammunition;

- one (1) Tanfoglio F. LLI, Model EASA, .22 caliber revolver bearing serial number E34064;

- one (1) Remington Arms, Model Sportsman 48, 16-gauge shotgun bearing serial number 3553512;

- one (1) Smith and Wesson, Model 442, .38 caliber revolver bearing serial number DLA3150;

- one (1) Remington Arms, Model 742, 30-06 caliber rifle bearing serial number A7281123;

- approximately ten (10) rounds of Prvi Partizan (PPU) 30-06 ammunition;

- approximately thirty-five (35) rounds of assorted ammunition, which during a random sampling produced one round of Winchester Western 16-gauge ammunition ;

- approximately twenty-nine (29) rounds of Federal 9mm ammunition;

- approximately fifty-one (51) rounds of assorted ammunition, which during a random sampling produced one round of Remington Peters 16-gauge ammunition;

- approximately five (5) rounds of assorted ammunition, which during a random sampling produced one round of Sellier and Bellot 30-06 spent casing ammunition; and

- approximately four hundred and fifteen (415) rounds of assorted ammunition, which during a random sampling produced 50 rounds of Giulio Fiocchi Lecco 9mm ammunition;

- one (1) Sig Sauer, Model P365, 9mm semi-automatic pistol bearing serial number 66G280562;

- approximately five (5) rounds of Federal 9mm ammunition;

- approximately fifteen (15) rounds of ammunition consisting of twelve (12) rounds of Federal 9mm ammunition and three (3) rounds of Guilio Fiocchi Lecco 9mm ammunition;

- approximately forty (40) rounds of Sig Sauer 9mm ammunition; and

- approximately twenty- two (22) rounds of ammunition consisting of eleven (11) rounds of Federal 9mm ammunition and eleven (11) rounds of Guilio Fiocchi Lecco 9mm ammunition).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
JONATHAN E. SOVERLY, IN BAR # 32155-45
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY