IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **KELLY VON MORCK,** <br><br> Defendant. | **25 CR 126-JFH** <br> **RETAINED COUNSEL** |

## AMENDED NOTICE OF INTENT TO PLEAD GUILTY

**COMES NOW,** the Defendant, by and through counsel, in the above-style cause and hereby gives notice of his intent to plead guilty to counts 1–3 of the United States' superseding Indictment.

Respectfully submitted this 14th day of August, 2025.

s/ Zachary Enlow
Zachary Enlow, OBA #34144
2626 E. 21st St. Ste 1.
Tulsa, OK, 74114.
zach@enlow.law
918.583.8205.

### CERTIFICATE OF SERVICE

I, Zachary Enlow, Esq., certify that a true and correct copy of the foregoing was served via ECF electronic transmission to:

Jonathan Soverly

s/ Zachary Enlow
Zachary Enlow