# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: | CR-25-126-JFH |
| Plaintiff, ) | | |
| v. ) | Date: | 08/19/2025 |
| KELLY VON MORCK, ) | Time: | 1:38 p.m. – 2:07 p.m. |
| Defendant. ) | | |

## MINUTE SHEET
## ARRAIGNMENT/CHANGE OF PLEA HEARING

U.S. Magistrate Judge Gerald L. Jackson     Paige Bruce, Deputy Clerk     Reporter - None
FTR Courtroom:   4 - Room 420

Counsel for Plaintiff:     Jonathan Soverly, AUSA
Counsel for Defendant:     Zachary Enlow, Retained

Defendant appears in person:  ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;

☒ Defendant acknowledged receipt of Superseding Indictment and has had an opportunity to discuss it with counsel
☐ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant waives formal reading of Superseding Indictment

**Change of Plea:**
Defendant:  ☒ Sworn
☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed
☒ Defendant advised of charges and possible penalties
☐ Guideline estimates discussed
☒ Petition to Enter Plea of Guilty and Order Entering Plea
☒ Defendant entered guilty plea to Counts 1, 2 and 3 of the Superseding Indictment

☐ Plea Agreement:  ☐ terms orally disclosed     ☐ written plea agreement filed     ☒ no written plea agreement
     ☒ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
     ☒ Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived:  ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;  ☐ 30 Days Preparation;
☐ Separate Representation;   ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;     ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:     ☒ Defendant found mentally competent to understand charges and proceedings
          ☒ Factual basis for Defendant's plea;
          ☒ Defendant is guilty as charged as to Counts 1-3 of the Superseding Indictment

☒ PSI Ordered
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (GLJ)
☒ Defendant remanded to custody of USMS.